UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 FEB 27 P 1: 56

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| RICHARD BERRY and ELIZABETH BERRY, | : | Civil Action No. |
| | : | 3:03CV0501 (WWE) |
| Plaintiffs, | : | |
| V. | : | |
| JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITH JACKSON, INC., and JUDITH JACKSON, individually, | : : : : | FEBRUARY 24, 2004 |
| Defendants. | : | |

## DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' THIRD SET OF INTERROGATORIES DIRECTED TO DEFENDANTS

The Defendants, JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITH JACKSON, INC., and JUDITH JACKSON, individually, hereby moves for a 30 day extension of time in which to respond to the plaintiff's Interrogatories and Requests for Production, dated January 27, 2004, to and including March 25, 2004.

The reasons the extension is requested are as follows:

1. The defendants are compiling documents, but same must be obtained from various locations.

2. We have contacted plaintiff's counsel regarding this proposed extension and he consents to this request.

3. This is the defendants, JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITH

666048.1

JACKSON, INC., and JUDITH JACKSON, individually, second request for extension of time with regard to responses to discovery requests.

This matter has not been assigned a trial date.

                                          THE DEFENDANTS, JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITHJACKSON, INC., and JUDITH JACKSON, individually

By: /s/ Brian Del Gatto
Brian Del Gatto
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
(203) 564-1900
Fed. Bar # CT 13100

666048.1

## CERTIFICIATION

      This is to certify that on February 24, 2004, the heretofore Request for Extension of Time was mailed first class, postage prepaid to:

ATTN:

HALLORAN & SAGE
One Goodwine Square
225 Asylum Street
Hartford, CT 06103

Attn: George Royster

ROUDA, FEDER, TIETJEN & ZANOBINI
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Attn: Timothy Tietjen

                                                              _____
                                                              Brian Del Gatto, Esq.

666048.1