

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 FEB 27 P 1:56
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| RICHARD BERRY and ELIZABETH BERRY, | : Civil Action No. |
| Plaintiffs, | : 3:03CV0501 (WWE) |
| V. | : |
| JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITH JACKSON, INC., and JUDITH JACKSON, individually, | : FEBRUARY 24, 2004 |
| Defendants. | : |

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' THIRD SET OF INTERROGATORIES DIRECTED TO DEFENDANTS**

The Defendants, JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITH JACKSON, INC., and JUDITH JACKSON, individually, hereby moves for a 30 day extension of time in which to respond to the plaintiff's Interrogatories and Requests for Production, dated January 27, 2004, to and including March 25, 2004.

The reasons the extension is requested are as follows:

1. The defendants are compiling documents, but same must be obtained from various locations.

2. We have contacted plaintiff's counsel regarding this proposed extension and he consents to this request.

3. This is the defendants, JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITH

Motion GRANTED to March 25, 2004.
Warren W. Eginton
Senior United States District Judge 3/3/04

FILED
2004 MAR -3 P 5:19
US DISTRICT COURT
BRIDGEPORT CT

666048.1