UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 APR -7 P 2: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| RICHARD BERRY and ELIZABETH BERRY, | : | Civil Action No. |
| | : | 303CV0501 (WWE) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| JUDITH JACKSON, SEA SPAS, LLC a/k/a | : | |
| JUDITH JACKSON SPA a/k/a JUDITH | : | |
| JACKSON SEA SPAS, INC., a/k/a JUDITH | : | APRIL 5, 2004 |
| JACKSON, INC., and JUDITH JACKSON, | : | |
| individually, | : | |
| | : | |
| Defendants. | : | |

#15

4-12-04
Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

## DEFENDANTS' WITHDRAWAL OF MOTION TO QUASH PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS

In accordance with a stipulation between the parties to this action, the Defendants, Judith Jackson Sea Spas, LLC et al., hereby withdraw their Motion to Quash Plaintiffs' Notice of Taking Depositions, dated March 5, 2004.

FILED
2004 APR 12 A 10: 27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

THE DEFENDANTS, JUDITH JACKSON,
SEA SPAS, LLC a/k/a JUDITH JACKSON
SPA a/k/a JUDITH JACKSON SEA SPAS,
INC., a/k/a JUDITH JACKSON, INC., and
JUDITH JACKSON, individually

By:_____
Stephen P. Brown, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
(203) 564-1900
Fed. Bar # CT 19876

688010.1

## CERTIFICIATION

    This is to certify that on April 5, 2004, the heretofore Withdrawal of Motion to Quash Plaintiffs' Notice of Taking Depositions was mailed first class, postage prepaid to:

ATTN:

HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Attn: George Royster

ROUDA, FEDER, TIETJEN & ZANOBINI
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Attn: Timothy Tietjen

Stephen P. Brown, Esq.

688010.1