UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY, and | : | CIVIL ACTION NO. |
| ELIZABETH BERRY, | : | 3:03CV0501 (WWE) |
| | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| JUDITH JACKSON, SEA SPAS, LLC | : | |
| a/k/a JUDITH JACKSON SPA a/k/a | : | |
| JUDITH JACKSON SEA SPAS, INC., | : | |
| A/k/a JUDITH JACKSON, INC., and | : | |
| JUDITH JACKSON, | : | |
| Individually, | : | |
| | : | |
| Defendants | : | APRIL 2, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

The plaintiffs, through undersigned counsel and pursuant to D. Conn. L. Civ. R. 2(d), hereby move for the admission of Timothy G. Tietjen, as *Pro Hac Vice* counsel, and in support thereof states as follows:

1. Timothy G. Tietjen is a member of the law firm of Rouda, Feder, Tietjen & Zanobini, 44 Montgomery Street, Suite 4000, San Francisco, California, 94104, telephone (415) 398-5398, fax (415) 398-8169, lead counsel for the Plaintiffs in this action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.	Mr. Tietjen is a member of good standing of the Bar Association of San Francisco, State Bar of California.  (See Tietjen Affidavit attached as Exhibit A.)

3.	Mr. Tietjen has not been suspended or disbarred in any Court, nor have there been any disciplinary actions or investigations pending against him in any jurisdiction.  (Tietjen Aff. ¶ 6)

4.	Mr. Tietjen has never been denied admission to this Court. (Tietjen Aff. ¶ 6)

5.	Mr. Tietjen has requested that he appear to represent Plaintiffs in this matter.  He and his firm have a relationship with the Plaintiffs, and thus his appearance in the case will facilitate the progress of this action, as he will be able to effectively and efficiently represent the Plaintiffs' interests in this action.  (Tietjen Aff. ¶ 7)

6.	Mr. Tietjen will familiarize himself with the Local Rules of this Court, and agrees to be subject to these Rules.  (Tietjen Aff. ¶ 8)

7.	As such, the Plaintiffs request that this Court hereby enter the appearance of Attorney Timothy G. Tietjen in this matter, in accordance with the above.

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

           THE PLAINTIFFS,
           RICHARD AND ELIZABETH BERRY

By  _____
  Brian D. Rich, Esq.
  Fed. Bar # ct24458
  Halloran & Sage LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  Telephone: (860) 522-6103
  Fax: (860) 548-0006
  Email: rich@halloran-sage.com

3

One Goodwin Square     HALLORAN    Phone (860) 522-6103
225 Asylum Street    & SAGE LLP    Fax (860) 548-0006
Hartford, CT 06103      Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 2nd day of April 2004, the foregoing was either mailed, postage prepaid, or hand-delivered to:

Timothy G. Tietjen, Esq.
Rouda, Feder, Tietjen & Zanobini
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Stephen P. Brown
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

Brian Del Gatto
Wilson, Elser, Moskowitz, Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901

_____
Brian D. Rich

533834_1.DOC


One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN & SAGE LLP