UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY, and<br>ELIZABETH BERRY, | : | CIVIL ACTION NO.<br>3:03CV0501 (WWE) |
| Plaintiffs | : | |
| VS. | : | |
| JUDITH JACKSON, SEA SPAS, LLC<br>a/k/a JUDITH JACKSON SPA a/k/a<br>JUDITH JACKSON SEA SPAS, INC.,<br>A/k/a JUDITH JACKSON, INC., and<br>JUDITH JACKSON,<br>Individually, | : | |
| Defendants | : | APRIL 2, 2004 |

### AFFIDAVIT OF TIMOTHY G. TIETJEN

I, Timothy G. Tietjen, being duly sworn, hereby depose and say that:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. This affidavit is made upon personal knowledge.

3. I am employed by the law firm of Rouda, Feder, Tietjen & Zanobini, 44 Montgomery Street, Suite 4000, San Francisco, California, 94104.

4. I make this affidavit in support of my application to appear Pro Hac Vice.

5. I am a member of the Bar and State Court of the State of California and the Federal District Court for the District of California.

6.  I do not have a grievance pending against me, nor have I ever been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law. I have never been denied admission to this Court.

7.  I have been requested by the Plaintiffs to appear in this action on their behalf. My firm has a relationship with the Plaintiffs, and I believe that my appearance will facilitate the progress of this case.

8.  I will familiarize myself with the Local Rules of this Court, and agree to be subject to these Rules.

Timothy G. Tietjen

Subscribed and sworn to before me this 2nd day of April, 2004.



Notary Public

533876_1.DOC