

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY, and<br>ELIZABETH BERRY, | : | CIVIL ACTION NO.<br>3:03CV0501 (WWE) |
| Plaintiffs | : | |
| VS. | : | |
| JUDITH JACKSON, SEA SPAS, LLC<br>a/k/a JUDITH JACKSON SPA a/k/a<br>JUDITH JACKSON SEA SPAS, INC.,<br>A/k/a JUDITH JACKSON, INC., and<br>JUDITH JACKSON,<br>Individually, | : | |
| Defendants | : | APRIL 2, 2004 |

### MOTION FOR ADMISSION PRO HAC VICE

The plaintiffs, through undersigned counsel and pursuant to D. Conn. L. Civ. R. 2(d), hereby move for the admission of Timothy G. Tietjen, as *Pro Hac Vice* counsel, and in support thereof states as follows:

1. Timothy G. Tietjen is a member of the law firm of Rouda, Feder, Tietjen & Zanobini, 44 Montgomery Street, Suite 4000, San Francisco, California, 94104, telephone (415) 398-5398, fax (415) 398-8169, lead counsel for the Plaintiffs in this action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
Deputy Clerk