Held 4/13/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 13, 2004

11:30 ~~9:30~~ a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:03cv501 (WWE)**    **Berry v. Judith Jackson Sea**

Δ  Stephen P. Brown
Wilson, Elser, Moskowitz, Edelman & Dick
3 Gannett Dr.
White Plains, NY 10604      914-323-7000

Δ  Brian Del Gatto
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Fl.
Stamford, CT 06901      203-564-1900

π  Brian D. Rich
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103      860-522-6103

π  George D. Royster Jr.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

π  Timothy Tietjen
Rouda, Feder, Tietjen & Zanobini
44 Montgomery Street Suite 4000
San Francisco, CA 94104
(415) 398-5398

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK