# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

CASE NUMBER: 3:03CV0501 (WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: PLAINTIFFS

RICHARD BERRY, and ELIZABETH BERRY

Plaintiffs

JUDITH JACKSON, SEA SPAS, LLC a/k/a
JUDITH JACKSON SPA a/k/a JUDITH
JACKSON SEA SPAS, INC., a/k/a JUDITH
JACKSON, INC., and JUDITH JACKSON,
Individually

Defendants

FILED 2004 JUN -8 P 1:4[?]
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

6/4/04
Date

_____
Signature

ct25865
Connecticut Federal Bar Number

TIMOTHY G. TIETJEN
Print Clearly or Type Name

415-398-5398
Telephone Number

ROUDA, FEDER, TIETJEN & ZANOBINI
44 MONTGOMERY STREET, STE. 4000
Address

415-398-8169
Fax Number

SAN FRANCISCO, CA  94104

ttietjen@rftlaw.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following: June 4, 2004

Clerk's Office
141 Church Street
New Haven, CT 06510

Stephen P. Brown
Wilson, Elser, Moskowitz, et al.
3 Gannett Drive
White Plains, NY 10604

Brian Del Gatto
Wilson, Elser, Moskowitz
One Stamford Plaza
263 Tresser Blvd., 9th Floor
Stamford, CT 06901

George D. Royster
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm