UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY, and<br>ELIZABETH BERRY, | : | CIVIL ACTION NO.<br>3:03CV0501 (WWE) |
| Plaintiffs | : | |
| VS. | : | |
| JUDITH JACKSON, SEA SPAS, LLC<br>a/k/a JUDITH JACKSON SPA a/k/a<br>JUDITH JACKSON SEA SPAS, INC.,<br>A/k/a JUDITH JACKSON, INC., and<br>JUDITH JACKSON,<br>Individually, | : | |
| Defendants | : | OCTOBER 7, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

The plaintiffs, through undersigned counsel and pursuant to D. Conn. L. Civ. R. 83.1(d), hereby move for the admission of Ronald H. Rouda, as *Pro Hac Vice* counsel, in addition to counsel of record, and in support thereof states as follows:

1.  Ronald H. Rouda is a member of the law firm of Rouda, Feder, Tietjen & Zanobini, 44 Montgomery Street, Suite 4000, San Francisco, California, 94104, telephone (415) 398-5398, fax (415) 398-8169, lead counsel for the Plaintiffs in this action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.  Mr. Rouda is a member of good standing of the Bar Association of San Francisco, State Bar of California. (See Rouda Affidavit attached as Exhibit A.)

3.  Mr. Rouda has not been suspended or disbarred in any Court, nor have there been any disciplinary actions or investigations pending against him in any jurisdiction. (Rouda Aff. ¶ 6)

4.  Mr. Rouda has never been denied admission to this Court. (Rouda Aff. ¶ 6)

5.  Mr. Rouda has requested that he appear to represent Plaintiffs in this matter. He and his firm have a relationship with the Plaintiffs, and thus his appearance in the case will facilitate the progress of this action, as he will be able to effectively and efficiently represent the Plaintiffs' interests in this action. (Rouda Aff. ¶ 7)

6.  Mr. Rouda will familiarize himself with the Local Rules of this Court, and agrees to be subject to these Rules. (Rouda Aff. ¶ 8)

7.  As such, the Plaintiffs request that this Court hereby enter the appearance of Attorney Ronald H. Rouda in this matter, in accordance with the above.

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE PLAINTIFFS,
RICHARD AND ELIZABETH BERRY

By _____
Brian D. Rich, Esq.
Fed. Bar # ct24458
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 522-6103
Fax: (860) 548-0006
Email: rich@halloran-sage.com

3

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of October 2004, the foregoing was either mailed, postage prepaid, or hand-delivered to:

Timothy G. Tietjen, Esq.
Rouda, Feder, Tietjen & Zanobini
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Ronald H. Rouda, Esq.
Rouda, Feder, Tietjen & Zanobini
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Stephen P. Brown
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

Brian Del Gatto
Wilson, Elser, Moskowitz, Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901

Brian D. Rich

597886_1 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105