# EXHIBIT

# A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY, and<br>ELIZABETH BERRY, | : | CIVIL ACTION NO.<br>3:03CV0501 (WWE) |
| Plaintiffs | : | |
| VS. | : | |
| JUDITH JACKSON, SEA SPAS, LLC<br>a/k/a JUDITH JACKSON SPA a/k/a<br>JUDITH JACKSON SEA SPAS, INC.,<br>A/k/a JUDITH JACKSON, INC., and<br>JUDITH JACKSON,<br>Individually, | : | |
| Defendants | : | SEPTEMBER 28, 2004 |

## AFFIDAVIT OF RONALD H. ROUDA

I, Ronald H. Rouda, being duly sworn, hereby depose and say that:

1.      I am over the age of 18 years and believe in the obligation of an oath.

2.      This affidavit is made upon personal knowledge.

3.      I am employed by the law firm of Rouda, Feder, Tietjen & Zanobini, 44 Montgomery Street, Suite 4000, San Francisco, California, 94104.

4.      I make this affidavit in support of my application to appear *Pro Hac Vice*.

5.      I am a member of the Bar and State Court of the State of California and the Federal District Court for the District of California.

6.    I do not have a grievance pending against me, nor have I ever been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law.  I have never been denied admission to this Court.

7.    I have been requested by the Plaintiffs to appear in this action on their behalf.  My firm has a relationship with the Plaintiffs, and I believe that my appearance will facilitate the progress of this case.

8.    I will familiarize myself with the Local Rules of this Court, and agree to be subject to these Rules.

_____
Ronald H. Rouda


Subscribed and sworn to before me this 28th day of September 2004.

_____
Notary Public

ANGELO MICHAEL EIRAS
Commission # 1456202
Notary Public - California
San Francisco County
My Comm. Expires Dec 23, 2007

597888.1