UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY, and<br>ELIZABETH BERRY, | : <br> : <br> : | CIVIL ACTION NO.<br>3:03CV0501 (WWE) |
| Plaintiffs | : <br> : | |
| VS. | : <br> : | |
| JUDITH JACKSON, SEA SPAS, LLC<br>a/k/a JUDITH JACKSON SPA a/k/a<br>JUDITH JACKSON SEA SPAS, INC.,<br>A/k/a JUDITH JACKSON, INC., and<br>JUDITH JACKSON,<br>Individually, | : <br> : <br> : <br> : <br> : <br> : | |
| Defendants | : | OCTOBER 14, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs, Richard and Elizabeth Berry, respectfully submit this request for an extension of time to respond to Defendants' Interrogatories and Requests for Production, dated September 14, 2004.

The Plaintiffs seek an additional two (2) weeks to file responses, up to and including October 28, 2004. The Plaintiffs seek this additional time in order to properly respond to the Defendants' discovery.

This is the Plaintiffs' first request for an extension of time. This case has not been assigned for trial. Undersigned counsel has spoken with counsel for the Defendants, and opposing counsel has agreed to the extension as described above.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                                          THE PLAINTIFFS,
                                        RICHARD AND ELIZABETH BERRY

By _____
    Brian D. Rich, Esq.
    Fed. Bar # ct24458
    Halloran & Sage LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Telephone: (860) 522-6103
    Fax: (860) 548-0006
    Email: rich@halloran-sage.com

## **CERTIFICATION**

This is to certify that on this 14th day of October 2004, the foregoing was either mailed, postage prepaid, or hand-delivered to:

Timothy G. Tietjen, Esq.
Ronald H. Rouda, Esq.
Rouda, Feder, Tietjen & Zanobini
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Stephen P. Brown
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

Brian Del Gatto
Wilson, Elser, Moskowitz, Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901

_____
Brian D. Rich

604639_1.DOC

2

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105