**United States District Court**
**District of Connecticut**

FILED

2004 DEC 22  A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Berry, et al
*Plaintiff*
v.                                  :   Case No. 3:03cv501 (WWE)

Judith Jackson Sea, et al
*Defendant*

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge

____  A ruling on all pretrial motions except dispositive motions

____  To supervise discovery and resolve discovery disputes

____  A ruling on the following motions which are currently pending:
      Doc#

**✗**  A settlement conference

____  A conference to discuss the following:

____  Other:


SO ORDERED this __22nd__ day of __December__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE