UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY, and | : | CIVIL ACTION NO. |
| ELIZABETH BERRY, | : | 3:03CV0501 (WWE) |
| Plaintiffs | : | |
| VS. | : | |
| JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., A/k/a JUDITH JACKSON, INC., and JUDITH JACKSON, Individually, | : | |
| Defendants | : | FEBRUARY 25, 2005 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Richard Berry and Elizabeth Berry ("Plaintiffs"), and the defendant, Judith Jackson Sea Spas, LLC a/k/a Judith Jackson Spa a/k/a Judith Jackson Sea Spas, Inc. a/k/a Judith Jackson, Inc. and Judith Jackson Individually, ("Defendant"), by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated August 27, 2003 to comply with the deadlines set forth therein as follows:

    a.    All Discovery completed (not propounded) by April 18, 2005;

    b.    Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by April 18; 2005.

      c.    Defendant to complete depositions of Plaintiff's experts by April 11, 2005;

      d.    Defendant to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by April18, 2005;

      e.    Plaintiff to complete depositions of Defendant's experts by April 11, 2005;

      f.    Dispositive motions will be filed on or before April 11, 2005.

      g.    Defendant to conduct independent medical examination of Plaintiff, Richard Berry on or before April 12, 2005.

As good cause for the requested amendment, the parties submit that, despite their diligence in exchanging information in response to their respective discovery requests, the additional time is necessary to fully and properly complete fact discovery. This motion is made in good faith and is not brought for purposes of harassment or delay, and will not prejudice the rights of the parties or the Court.

This is the parties' second joint motion for an amendment of the Scheduling Order. The parties submit that they have been unable to complete discovery and are not able to meet the remaining deadlines set forth in the Scheduling Order. Accordingly, the parties jointly request that the Court modify the Scheduling Order.

WHEREFORE, the plaintiffs, Richard and Elizabeth Berry, and the defendant, Judith Jackson Sea Spa, et al., respectfully request that the Court grant their Joint Motion to Amend the Scheduling Order and enter an order amending the current scheduling order as proposed above.

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS,
RICHARD AND ELIZABETH BERRY

Dated:  February 25, 2005   By _____
George D. Royster
Fed Bar No. ct04230
Brian D. Rich
Federal Bar No. ct24458
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

-and-

Ronald H. Rouda
Rouda Feder Titetjen & Zanobini
44 Montgomery Street, Suite 4000
San Francisco, CA  94104


THE DEFENDANT,
JUDITH JACKSON SEA SPA

Dated:  February 25, 2005   By:_____
Stephen P. Brown
Federal Bar No. ct19876
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT  06901
(203) 564-1900

## **CERTIFICATION**

        This is to certify that on this 25th day of February 2005, the foregoing was either mailed, postage prepaid, or hand-delivered to:

Timothy G. Tietjen, Esq.
Rouda, Feder, Tietjen & Zanobini
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Ronald H. Rouda, Esq.
Rouda Feder Tietjen & Zanobini
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Stephen P. Brown
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

Brian Del Gatto
Wilson, Elser, Moskowitz, Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901

                                                                           _____
                                                                           Brian D. Rich

656416_1.DOC