# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**BERRY, ET AL.**

                    3:03-CV-00501(WWE)

**V.**

**JUDITH JACKSON SEA, ET AL.**

## PRETRIAL ORDER

This case is scheduled to begin trial the week of MAY 16, 2005.  Jury selection will occur on MAY 16, 2005, each party shall exchange and file with the Court, in **DUPLICATE**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) Proposed **JURY INSTRUCTIONS** and **INTERROGATORIES** for Special Verdict forms **(WITH WORDPERFECT 10 DISC)**.

Dated this MARCH 14, 2005 at Bridgeport, Connecticut.

                                            _____/S/_____
                                            Warren W. Eginton
                                            Senior U.S. District Judge