# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD BERRY, ET AL., | **CIVIL** ACTION NO. 3-03-CV-050 (WWE) |
| Plaintiffs, | |
| V. | |
| JUDITH JACKSON SEA SPA, INC., | |
| ET AL., | APRIL 11, 2005 |
| Defendants. | |

## DEFENDANT JUDITH JACKSON'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Judith Jackson, individually, hereby moves for summary judgment as to Counts One, Two, and Three of the Plaintiffs' Complaint dated March 20, 2003. In support of this motion, Defendant Judith Jackson attaches a memorandum of law hereto.

As grounds for the instant motion, Defendant Judith Jackson asserts that the Plaintiffs have failed to introduce sufficient evidence to demonstrate that Judith Jackson can be held personally liable for the incident that is the subject of the Plaintiffs' Complaint.

Wherefore, Defendant Judith Jackson respectfully requests that summary judgment be entered in her favor as to Counts One, Two, and Three of the Plaintiffs' Complaint.

**ORAL ARGUMENT REQUESTED**
**TESTIONY NOT REQUIRED**

        THE DEFENDANTS, JUDITH JACKSON,
SEA SPAS, LLC a/k/a JUDITH JACKSON
SPA a/k/a JUDITH JACKSON SEA SPAS,
INC., a/k/a JUDITH JACKSON, INC., and
JUDITH JACKSON, individually

By: _____
Brian el Gato
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
(203) 564-1900
Fed. Bar # CT 13100
Our File No.: 00035.11869

## **CERTIFICATION**

      This is to certify that on this 11th day of April 2005, the foregoing was mailed first class, postage prepaid to:

Ronald Rouda, Esq.
ROUDA, FEDER, TIETJEN & ZANOBINI
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Brian Rich, Esq.
George D. Royster, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                  _____
                                                Brian Del Gatto

894376.1