UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Richard Berry and Elizabeth Berry

V.

Judith Jackson, Sea Spas, LLC. et al

Case Number: 3:03cv501(WWE)

FILED
2005 APR 20 P 5:02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

NOTICE TO COUNSEL
----------------------

The above-entitled case was reported to the Court on 4/20/05 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 20, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, April 20, 2005.


KEVIN F. ROWE, CLERK

By: *Rosalie A. Krajcik*
    Rosalie A. Krajcik
    Deputy Clerk