UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY, and<br>ELIZABETH BERRY,<br><br>    Plaintiffs<br><br>VS.<br><br>JUDITH JACKSON, SEA SPAS, LLC<br>a/k/a JUDITH JACKSON SPA a/k/a<br>JUDITH JACKSON SEA SPAS, INC.,<br>A/k/a JUDITH JACKSON, INC., and<br>JUDITH JACKSON,<br>Individually,<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:03CV0501 (WWE)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>MAY 12, 2005 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P 41(a)(1)(ii), the plaintiffs, Richard Berry and Elizabeth Berry, through their attorney Brian D. Rich, and Judith Jackson Sea Spas, LLC a/k/a Judith Jackson Spa a/k/a Judith Jackson Sea Spas, Inc., a/k/a Judith Jackson, Inc., and Judith Jackson, Individually, through their attorney Stephen Brown, hereby file a notice of dismissal with prejudice, and without costs subject to approval of the Court.

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS,
RICHARD AND ELIZABETH BERRY

Dated:   May 12, 2005          By _____/s/_____
                               George D. Royster
                               Fed Bar No. ct04230
                               Brian D. Rich
                               Federal Bar No. ct24458
                               Halloran & Sage LLP
                               One Goodwin Square
                               225 Asylum Street
                               Hartford, CT  06103
                               (860) 522-6103

                               -and-

                               Ronald H. Rouda
                               Rouda Feder Titetjen & Zanobini
                               44 Montgomery Street, Suite 4000
                               San Francisco, CA  94104


                               THE DEFENDANT,
                               JUDITH JACKSON SEA SPA, et al.

Dated:   May 12, 2005          By:_____/s/_____
                               Stephen P. Brown
                               Federal Bar No. ct19876
                               Wilson, Elser, Moskowitz,
                               Edelman & Dicker LLP
                               One Stamford Plaza
                               263 Tresser Boulevard, 9th Floor
                               Stamford, CT  06901
                               (203) 564-1900

## **CERTIFICATION**

This is to certify that on this 12th day of May, 2005, the foregoing was either mailed, postage prepaid, or hand-delivered to:

Stephen P. Brown
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

                                                    /s/
                                          Brian D. Rich